**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATALINA CAMPOS-EIBECK, <br><br> Plaintiff, <br><br> v. <br><br> C R BARD INC., et al., <br><br> Defendants. | Case No.: 19-CV-2026 W (BLM) <br><br> **ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL [DOC. 22]** |

Pending before the Court is an ex parte application[1] by John Dalimonte, Paul L. Stoller, and Ashley Crowell to withdraw as attorneys of record for Plaintiff Catalina Campos-Eibeck. [Doc. 22.] Despite service of the motion on all parties on January 14, 2020, no opposition has been filed.

"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the application include: "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution

---

[1] Mr. Rueb styles the document as a motion. The Court interprets it as an ex parte application.

1

of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Given the procedural posture of this case, Dalimonte, Stoller, and Crowell's withdrawal will not prejudice the litigants in this matter, harm the administration of justice, or delay resolution of the case. Plaintiff will continue to be represented through Mr. Gregory D. Rueb of Dalimonte Rueb Stoller, LLP.

For the foregoing reasons, the Court **GRANTS** the application to withdraw as counsel of record in this action for Plaintiff Campos-Eibeck. [Doc. 22.]

**IT IS SO ORDERED.**

Dated: January 17, 2020

_____
Hon. Thomas J. Whelan
United States District Judge