UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA CAMPOS-EIBECK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv2026-W(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND PRE-TRIAL SCHEDULING ORDER**<br><br>**[ECF NO. 30]** |

　　　　On April 1, 2019, the parties filed a Joint Motion to Amend Pretrial Scheduling Order. ECF No. 30. The parties seek to continue the remaining case deadlines by approximately four months. Id. at 2. In support, the parties state that due to the COVID-19 pandemic, President Trump's declaration of a national emergency, and Governor Newsome's declaration of a state of emergency in California, the "Parties ability to proceed with discovery in this case pursuant to the deadlines set forth in the Court's Scheduling Order" will be substantially delayed. Id. The parties further state that due to the COVID-19 pandemic and the increased strain on the nation's healthcare system, requests for medical records will be substantially delayed and the ability to depose key witnesses, many of whom are healthcare providers, will be compromised. Id. at 2-3.

///

///

Good cause appearing, the parties' motion is **GRANTED** as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery | June 26, 2020 | October 26, 2020 |
| Expert Designation | May 15, 2020 | September 14, 2020 |
| Rebuttal Experts | June 15, 2020 | October 13, 2020 |
| Expert Disclosures | July 17, 2020 | November 16, 2020 |
| Rebuttal Disclosures | August 14, 2020 | December 12, 2020 |
| Expert Discovery | October 2, 2020 | February 1, 2021 |
| Pretrial Motion Filing | October 30, 2020 | February 27, 2021 |
| Mandatory Settlement Conference ("MSC") | April 13, 2020 at 9:30 a.m. | August 11, 2020[1] at 1:30 p.m. |
| MSC Briefs | April 3, 2020 | July 31, 2020 |
| Pretrial Disclosure | January 25, 2021 | May 24, 2021 |
| L.R. 16.1(f)(4) Meeting | February 1, 2021 | June 1, 2021 |
| Exchange Proposed Pretrial Order | February 8, 2021 | June 7, 2021 |
| Lodge Proposed Final Pretrial Conference Order | February 15, 2021 | June 14, 2021 |
| Informal Letter Briefs | February 17, 2021 | June 23, 2021 |
| Final Pretrial Conference | February 22, 2021 at 10:30 a.m. | June 28, 2021 at 10:30 a.m. |

All other guidelines and requirements reman as previously set. ECF No. 17.

**IT IS SO ORDERED**.

Dated: 4/3/2020

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The Mandatory Settlement Conference will be an in-person conference and the Court's previous requirements will apply. See ECF No. 17 at 3-5.